1  LYNN HUBBARD, III (CA SBN 69773)
   SCOTTLYNN J. HUBBARD, IV (CA SBN 212970)
2  **DISABLED ADVOCACY GROUP, APLC**
   12 Williamsburg Lane
3  Chico, California 95926
   Telephone: 530-895-3252
4  Facsimile: 530-894-8244
   usdcso@hubslaw.com
5
   Attorneys for Plaintiff
6

7

8
                    UNITED STATES DISTRICT COURT
9
                    SOUTHERN DISTRICT OF CALIFORNIA
10

11
   BARBARA HUBBARD,                    Case No. 08cv0327BTMRBB
12
                  Plaintiff,           **JOINT MOTION for
13                                     EXTENSION of TIME for
         v.                            DEFENDANTS to FILE a
14                                     RESPONSIVE PLEADING to
   ST. MAR ENTERPRISES, INC. dba       PLAINTIFF'S COMPLAINT**
15 TACO BELL #020470; ST. JOHN, LLC,

16               Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

---

                                    1                    Case No. 08cv0327 BTM (RBB)
                                                    JOINT MOTION for EXTENSION of TIME

Chicago 90623.1

1  **PLEASE TAKE NOTICE** that Plaintiff Barbara Hubbard ("Plaintiff") and Defendants St. Mar Enterprises, Inc. and St. John LLC (collectively, "Defendants") hereby jointly move the Court for an Order allowing Defendants an extension of time in which to file a responsive pleading to Plaintiff's Complaint up to and including April 14, 2008. Defendants answer or other responsive pleading is currently due to the Court by March 24, 2008.

Said extension of time is supported by good cause in that the Parties are in the process of settling this matter and request the additional time to complete the settlement process. This extension request is not being submitted for the purpose of undue delay or for any improper purpose and will not impact any existing scheduling dates.

Date: March 24, 2008

By: /s/ Lynn Hubbard, III
Lynn Hubbard, III (SBN 69773)
Scott Lynn Hubbard, IV (SBN 212970)
Disabled Advocacy Group, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff,

Barbara Hubbard

By: /s/ Amie Goble
Amie Goble
SBN: 243778
FISHER & PHILLIPS LLP
4225 Executive Square
Suite 1250
La Jolla, CA 92037
Telephone: (858) 597-9600
Facsimile: (858) 597-9601

Attorneys for Defendants,

St. Mar Enterprises, Inc.
and St. John LLC