# **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF BUTTE

     I, Lynn Hubbard, III, am over the age of 18 years and not a party to the within action; my business address is 12 Williamsburg Lane, Chico, Butte County, California 95926.

On March 24, 2008, I caused the document(s) described as:

**Joint Motion for Extension of Time for Defendants to**
**File a Responsive Pleading to Plaintiff's Complaint**

to be served on the parties in case number 08cv0327 BTM (RBB) as follows:

*On all parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the above referenced case caption.*

     The following is a procedure in which service of this document was effected:

(xx) ELECTRONIC FILING – I caused a true copy of the above referenced document to be filed by Notice of Electronic Filing generated by the Court's CM/ECF filing system, pursuant to the Court's Local Rules, to the addressee or addresses listed above.

     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: March 24, 2008          /s/ Lynn Hubbard, III
                                                Lynn Hubbard