1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT

15  BARBARA HUBBARD,                         ) Case No. 08cv0327 BTM (RBB)
                                             )
16         Plaintiff,                        )
                                             ) **ORDER RE: JOINT MOTION FOR**
17      vs.                                  )
                                             ) **EXTENSION OF TIME**
18                                           )
    ST. MAR ENTERPRISES, INC. dba            )
19  TACO BELL #020470, et al.                )
                                             )
20                                           )
           Defendants.                       )
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
...
28

## ORDER ON JOINT MOTION FOR EXTENSION OF TIME

    Having read the foregoing Joint Motion, and good cause appearing therefore, the Court GRANTS the Joint Motion. Defendants responsive pleading shall be filed on or before April 14, 2008.

Dated: March 26, 2008

*signature*
Judge of the District Court