# PROOF OF SERVICE
(CCP § 1013(a) and 2015.5)

I, the undersigned, am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 4225 Executive Square, Suite 950, La Jolla, California 92037.

On April 14, 2008, I served the foregoing document(s) entitled: **ANSWER;** on all the appearing and/or interested parties in this action by placing [ ] *the original* [ X ] *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

Lynn Hubbard, III                     Attorney for Plaintiff
Scottlynn J. Hubbard, IV
**Disabled Advocacy Group, APLC**
12 Williamsburg Lane
Chico, California 95926

[ X ]   [by MAIL]   I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at La Jolla, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

[ ]   [by FAX]   I caused the document(s) listed above to be telefaxed to the aforementioned facsimile number(s).
*The facsimile machine I used complied with California Rules of Court, Rule 2003(3) and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2005(i), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.*

[ ]   [by FEDERAL EXPRESS]   I caused the document(s) listed above to be deposited with Federal Express for overnight delivery.

[ ]   [by PERSONAL SERVICE] I caused to be delivered by messenger such envelope(s) by hand to the office of the addressee(s).

[ X ]   **FEDERAL** - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 14, 2008, at La Jolla California.

Marcie Hawkins

PROOF OF SERVICE

SanDiego 35242.1