Lynn Hubbard, III, SBN 69773
Scottlynn J Hubbard, IV, SBN 212970
**Disabled Advocacy Group, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorney for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Barbara Hubbard,<br><br>    Plaintiff,<br><br>    vs.<br><br>St. Mar Enterprises, Inc., et al.,<br><br>    Defendant. | Case No. 08cv0327 BTM (RBB)<br><br>**Notice of Settlement** |

NOTICE IS HEREBY GIVEN that the aforementioned matter known as *Hubbard v. St. Mar Enterprises, Inc., et al.,* Case No. 08cv0327 BTM (RBB), has been resolved.  The parties anticipate filing a Joint Motion for Dismissal within four weeks.

Dated: May 1, 2008        DISABLED ADVOCACY GROUP, APLC


                        */s/ Lynn Hubbard, Esquire          /*
                        LYNN HUBBARD, III
                        Attorney for Plaintiff