LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Fax: (530) 894-8244

Attorneys for Plaintiff


AMY LESSA, SBN 202872
FISHER & PHILLIPS, LLP
4225 Executive Square, Suite 950
San Diego, CA 92037
Telephone: (858) 597-9600
Fax:        (858) 597-9601

Attorney for Defendants


UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HUBBARD, | Case No. 08cv0327 BTM (RBB) |
| Plaintiff, | |
| v. | **JOINT MOTION FOR DISMISSAL** |
| ST. MAR ENTERPRISES INC., et al. | |
| Defendants. | |

1   PURSUANT TO A SETTLEMENT AGREEMENT AND RELEASE, it is hereby jointly
2 requested, by plaintiff, BARBARA HUBBARD, and defendants, ST. MAR ENTERPRISES
3 INC. dba TACO BELL #020470, and ST. JOHN LLC that this Court enter a dismissal with
4 prejudice of plaintiff's complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41.
5   The dismissal with prejudice shall dismiss the action in its entirety.

Dated:   May 20, 2008            DISABLED ADVOCACY GROUP, APLC

 /s/ Scottlynn J Hubbard, IV
SCOTTLYNN J HUBBARD, IV
Attorney for Plaintiff

Dated:   May 12, 2008            FISHER & PHILLIPS, LLP

 /s/ Amy Lessa
AMY LESSA
Attorney for Defendants