1     <u>PROOF OF SERVICE</u>

2   STATE OF CALIFORNIA, COUNTY OF BUTTE

3     I, Lynn Hubbard, III, am employed in the aforesaid County; I am over the age of 18 years and not a party to the within action; my business address is 12 Williamsburg Lane, Chico, Butte County, California 95926.

    On May 20, 2008, I caused to be served the document(s) described as: **JOINT MOTION FOR DISMISSAL** on the interested parties in this action as follows:

    On all parties identified for Notice of Electronic Filing generated by the Court's CM/ECF filing system under the above referenced case number and case caption on this date in the following manner:

    The following is a procedure in which service of this document was effected:

(xx) ELECTRONIC SERVICE - by causing the document to be served via the Court's ECF Filing System.

( ) OVERNIGHT DELIVERY - by causing said envelope(s) to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressee(s).

( ) FAX - by transmitting pursuant to Rules 2001 et seq., the above-described document(s) by facsimile machine (which complied with Rule 2003(3)). The transmission originated from facsimile phone number (530) 894-8244, and was reported complete without error. The facsimile machine properly issued a transmission report.

( ) PERSONAL SERVICE - by causing to be delivered such document by hand to the offices of the addressee(s).

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: May 20, 2008        /s/ Lynn Hubbard, III
                                      LYNN HUBBARD, III