## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

HUBBARD v. ST. MAR ENTERPRISES                     Case No. 08CV327 BTM(RBB)
                                                              **Time Spent:**

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE                       Rptr.

                              Attorneys
         Plaintiffs                              Defendants

PROCEEDINGS:    ____ In Chambers    ____ In Court    ____ Telephonic

The settlement disposition conference on June 5, 2008, at 8:00 a.m. is vacated.

The joint motion for dismissal was filed on May 20, 2008.

DATE: May 21, 2008          IT IS SO ORDERED:   *Ruben Brooks*
                                                Ruben B. Brooks,
                                                U.S. Magistrate Judge
cc: Judge Moskowitz                             INITIALS: VL (mg/irc) Deputy
    All Parties of Record

K:\COMMON\BROOKS\CASES\1983\HUBBARD327\Minutes02.wpd