1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT

15  BARBARA HUBBARD,                       )   Case No. 08CV0327 BTM (RBB)
                                           )
16          Plaintiff,                     )
                                           )   **ORDER RE: JOINT MOTION FOR**
17      vs.                                )
                                           )   **DISMISSAL**
18                                         )
    ST. MAR ENTERPRISES, INC., et al.      )
19                                         )
                                           )
20          Defendants.                    )
                                           )
21
22
23
24
25
26
27
28

*Hubbard v. St. Mar Enterpries, Inc., et al*                    Order Re: Joint Motion for Dismissal
Case No. 08cv0327 BTM (RBB)

1  ORDER ON JOINT MOTION FOR DISMISSAL

2  Having read the foregoing Joint Motion, and good cause appearing

3  therefore, the Court GRANTS the Joint Motion and dismisses the above-

4  captioned action with prejudice.

5  Dated: May 27, 2008

   _____
6  Judge of the District Court

*Hubbard v. St. Mar Enterpries, Inc., et al*                            Order Re: Joint Motion for Dismissal
Case No. 08cv0327 BTM (RBB)